IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                              ORDER

   v.                                                    15-cr-122-wmc-4, -5, -6

HURLEY C. JACKSON,
TERRANCE D. JACKSON, and
DEWIGHT WILLIAMS,

                Defendants.
_____

       On June 14, 2016, the court held a telephonic status conference.  Defendant Hurley Jackson did not participate personally but was represented by his attorney, Paul Schwartz.  Defendant Terrance Jackson did not participate personally but was represented by his attorney, Gregory Dutch.  Defendant Dewight Williams did not participate personally but was represented by his newly-appointed attorney William Jones.  The government was represented by AUSA Timothy O'Shea.

       In consultation with the parties, the court agreed to direct USMS to move each defendant to a jail that provides access to electronic discovery.  The parties are to determine the suitable electronic storage device onto which the government's discovery will be transferred in order to provide each defendant the ability to review the discovery.  The court is available to assist in this process on request.

       The court set a telephonic status and scheduling conference for July 13, 2016 at 9:00 a.m. with the government initiating the conference call to chambers.  Attorney Jones shall report his scheduling needs for this case, with the other attorneys providing additional input.  Based on the attorneys' proffers of their schedules, it appears that the new trial date will be in early March, 2017.  The parties had no other substantive matters to bring to the court's attention.

       Entered this 14th day of June, 2016.

                                                          BY THE COURT:

                                                          /s/

                                                          STEPHEN L. CROCKER
                                                          Magistrate Judge